# United States District Court
# Northern District of New York
# Civil Judgment

*Marion Hoige,*

       *Plaintiff,*                    *Case Number:*

    *-v-*                                   *5:06cv0205 (DEP)*

*Crucible Materials Corporation*
*and Kelly Amos Hoige,*

       *Defendant(s).*

   *(XX)   Decision by Court. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.*

   ***IT IS ORDERED AND ADJUDGED,*** *that the  motion of defendant Kelly Amos Hoige was granted.  Based on the court's determination in connection with the motion of defendant Kelly Hoige, plaintiff's claims against defendant Crucible Materials Corporation  are also dismissed by the Court sua sponte.  Any and all claims asserted by plaintiff Marion Hoige against Crucible Materials Corporation and defendant Kelly Hoige are dismissed, and it is further*

   ***IT IS ORDERED AND ADJUDGED,***  *the clerk will  forward to defendant Kelly Amos Hoige, in care of her attorney, the sum of $6,073.57, together with all additional accrued interest, minus the court's customary registry fee, and it is further*

   ***IT IS ORDERED AND ADJUDGED,*** *that the defendant Crucible Materials Corporation is hereby released from the requirement of making any further payments into the court pursuant to the amended stipulation and order entered into by the parties, and approved by the Court on March 15, 2007.*

   *All of the above pursuant to an Order of United States Magistrate Judge David E. Peebles, dated October 26, 2007.*

                                    *Lawrence K. Baerman, Clerk*

*Dated: October 26, 2007*

                                               Clerk of Court

                                   *By: Marie N. Marra, Deputy Clerk*