# United States District Court
# Northern District of New York
# Amended Civil Judgment

Marion Hoige,

      Plaintiff,                            Case Number:

   -v-                                           5:06cv0205 (DEP)

Crucible Materials Corporation
and Kelly Amos Hoige,

      Defendant(s).

(XX) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** that the motion of defendant Kelly Amos Hoige was granted. Based on the Court's determination in connection with the motion of defendant Kelly Hoige, plaintiff's claims against defendant Crucible Materials Corporation are also dismissed by the Court *sua sponte*. Any and all claims asserted by plaintiff Marion Hoige against Crucible Materials Corporation and defendant Kelly Hoige are dismissed, and it is further

**ORDERED AND ADJUDGED,** the clerk will forward to defendant Kelly Amos Hoige, at 129 Savaria Drive, Solvay, New York, 13209, a check in the sum of $3,946.72, together with all additional accrued interest, minus the court's customary registry fee, and it is further

**ORDERED AND ADJUDGED,** that the defendant Crucible Materials Corporation is hereby released from the requirement of making any further payments into the court pursuant to the amended stipulation and order entered into by the parties, and approved by the Court on March 15, 2007.

All of the above pursuant to an Amended Order of *United States Magistrate Judge David E. Peebles, dated October 26, 2007.*

                                                     Lawrence K. Baerman, Clerk

*Dated: October 29, 2007*

                                                      By: Marie N. Marra, Deputy Clerk